(February 8, 1985)

■ In the Matter of GEORGE BLAKE, Petitioner, v GORDON AMBACH, as Commissioner of Education of the State of New York, et al., Respondents. — Motion for a stay of order of revocation pending determination of review proceeding denied, without costs. The papers fail to demonstrate a substantial likelihood of success as required by Education Law § 6510 (5). Mahoney, P. J., Kane, Casey, Levine and Harvey, JJ., concur.